**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

**CONSTANCE KRAMER**,

Plaintiff,

v. **Case No. 2:25-cv-04257-MDH**

**DENNY HOSKINS**, in his official capacity as
Secretary of State of Missouri,

Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT**

Plaintiff Constance Kramer, pro se, respectfully moves for leave to file the attached First Amended Verified Complaint for Declaratory and Injunctive Relief under Fed. R. Civ. P. 15(a)(2). The proposed First Amended Complaint is submitted concurrently as Exhibit A.

1. Plaintiff requests an order granting leave to file the First Amended Complaint and directing the Clerk to file Exhibit A as the operative pleading.

2. Under Rule 15(a)(2), after the period for amendment as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave," and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave is generally denied only for reasons such as undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice, or futility.

3. The requested amendment is prompted by Defendant's Motion to Dismiss and Reply, which raise threshold issues including Article III standing, § 1983 enforceability and framing, preemption, and characterization of Plaintiff's injury. Plaintiff also notes that at the most recent hearing the Court asked whether Plaintiff intended to amend.

4. The proposed First Amended Complaint addresses those issues in a targeted manner by:

a. Clarifying the nature of the case as a completed denial of a congressionally mandated adjudicatory process under 52 U.S.C. § 21112, rather than a merits dispute about election outcomes.

b. Strengthening standing allegations (concrete injury, particularization, traceability, and redressability) based on the denial letter and the termination of the requested hearing and determination.

c. Pleading the due process theory more directly and concretely, including the use of established state procedure to extinguish the adjudicatory entitlement at intake.

d. Pleading preemption as applied to Plaintiff's complaint and the operation of Missouri's intake dismissal practice, and narrowing the requested relief accordingly.

e. Refining the petition clause allegations to focus on meaningful access to the mandated forum, not merely the ability to submit a document.

5. This is Plaintiff's first request to amend. The amendment is sought to clarify and cure issues flagged by Defendant's dismissal briefing and by the Court's inquiry. The case is still at the pleading stage, no discovery schedule will be disrupted, and Defendant will not be unfairly

prejudiced because Defendant has already briefed the key issues and can respond to the amended pleading in the ordinary course.

6. The First Amended Complaint pleads additional and refined factual allegations and narrows the legal theories and relief to the case's core: the denial of the federally required HAVA § 402 adjudicatory process after Plaintiff invoked it, including a requested hearing on the record and determination. Accepting the allegations as true, the First Amended Complaint plausibly states claims for prospective relief under § 1983 and Ex parte Young and therefore leave should be granted.

7. Conclusion

For these reasons, Plaintiff respectfully requests that the Court grant leave to file the attached First Amended Complaint (Exhibit A) and direct the Clerk to docket it as the operative complaint.

Respectfully submitted, Dated: February 12, 2026

Electronically Signed By: *Constance Kramer*

Constance Kramer, Plaintiff Pro Se
572 Stratford Avenue
St. Louis, Missouri 63130
(314) 359-5828
connie.kramer@pm.me

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, the foregoing was filed electronically via the Court's CM-ECF system and was served by operation of the CM-ECF system on all counsel of record.

Electronically Signed By: *Constance Kramer*
Constance Kramer
*Plaintiff, Pro se*