Exhibit **B**

# Affidavit Of Daniel Hume

I, Daniel Hume, being duly sworn, depose and state I have personal knowledge of the statements below and believe them to be true and accurate.

1. I am a citizen, taxpayer and elector of the state of Missouri.
2. I am an engineer with expertise in computers and data working in multiple fields for more than 30 years.
3. I have worked extensively with election data for 5 years now.
4. The total number of Vote History attributed in the Missouri Centralized Voter Registration Data for the 2024 General Election was 3,022,817. I extracted and then compiled this number from official copies of the Missouri Centralized Voter Registration (MCVR) system database (dated 11/1/2022, 11/1/2024, 12/2/2024, 1/2/2025, 2/3/2025). From the MCVR, it is the sum total number of Voter IDs with a Voter History for that election.
5. The total number of Vote History attributed in the Missouri Centralized Voter Registration Data for 2022 General Election was 2,022,368. I extracted and then compiled this number from the official copy of the MO MCVR (Missouri Centralized Voter System) database dated 02/01/2023, official federal document provided by the State of Missouri's Secretary of State. I reviewed MCVRs dated 11/02/2020, 11/01/2022, 12/01/2022, 02/01/2023, 11/01/2023.
6. I have this data available in text files, which are in my possession and will testify to it.
7. This affidavit is being provided in support of the HAVA complaint being filed by elector Connie Kramer.

Signature: [signature] Date: 13 OCT 2025

Name: Daniel Hume

State of Missouri }
}
County of Saint Louis }

Subscribed and sworn before me this 13th day of October, 2025.

Notary Public: [signature]

My commission expires: 12/11/27

(seal, if any):

Charles Brennan Dewald
Notary Public, Notary Seal
State of Missouri
St. Louis County
My Commission Expires 12/11/2027
Commission # 23861116