**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| **CONSTANCE KRAMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-04257-MDH** |
| | ) | |
| **DENNY HOSKINS,** ***in his official capacity*** | ) | |
| ***as Secretary of State of Missouri*****,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is Plaintiff's Emergency Order to Enforce Judgment. (Doc. 31). On April 14, 2026, a telephone conference was held where Plaintiff Constance Kramer and counsel for Defendant, Katherine McCreight were present. The telephone conference was held to discuss the hearing to be held on April 24, 2026, (the "Hearing") regarding Plaintiff's HAVA Complaint. Following the telephone conference, the Court hereby **ORDERS** the following:

1. Secretary of State, Denny Hoskin's attendance at the Hearing is not required.
2. At the Hearing Plaintiff shall be allowed to question the witnesses present.
3. Nick LaStrada – Director of Election Integrity shall be present at the Hearing.
4. Chrissy Peters – Elections Director shall be present at the Hearing.
5. If Director Peters does not know the details of the day-to-day operations of voter registration or inconsistent voter totals, someone in the office who knows those details must be present.
6. The Hearing must consist of live witnesses, not exclusively written testimony.

7. Written testimony may be presented. If any will be presented, the written reports shall be provided to Plaintiff 3 days prior to the Hearing.
8. 3 days prior to the Hearing, Defendant shall produce all relevant MCVR data, voter history records, snapshots, export files, audit logs, and related records for the 2022 and 2024 federal elections.

The Parties are reminded that 52 U.S.C. §21112(a)(2)(I) states, "[i]f the State fails to meet the deadline applicable under subparagraph (H), the complaint shall be resolved within 60 days under alternative dispute resolution procedures established for purposes of this section."

The right to vote is sacred and the accuracy of voting tallies is essential to our democracy. Public confidence in the accuracy of the voter registration process and voting tallies must be maintained. This Court intends for Plaintiff to be provided a meaningful hearing on her HAVA complaint.

**IT IS SO ORDERED.**
Date: April 14, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**