**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| **CONSTANCE KRAMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-04257-MDH** |
| | ) | |
| **DENNY HOSKINS,** ***in his official capacity as Secretary of State of Missouri*****,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court is in receipt of Defendant's Motion to Amend the April 14, 2026 Order. The Court agrees that it would be unduly burdensome to produce the audit logs for every individual voter. Therefore, in clarification, the Defendant is not required to produce the audit logs for every individual voter.

**IT IS SO ORDERED**.

DATED: April 22, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**