**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

**CONSTANCE KRAMER,**

**Plaintiff,**

**v.** **Case No. 2:25-cv-04257-MDH**

**DENNY HOSKINS,** ***in his official capacity as Secretary of State of Missouri*****,**

**Defendant.**

**PLAINTIFF'S NOTICE OF ERRATA / CLARIFICATION REGARDING DOC. 38**

Plaintiff Constance Kramer, appearing pro se, respectfully submits this Notice of Errata / Clarification regarding Doc. 38.

In Doc. 38, Plaintiff stated that proposed findings are due May 15, 2026. That date was incorrect. The correct proposed-findings deadline, as stated in Aaron Kirkpatrick's May 12, 2026 email, is before 5:00 p.m. on Friday, May 22, 2026. The final determination deadline remains Wednesday, June 3, 2026**.**

This correction does not alter Plaintiff's limited response, objection, reservation of rights, or position that Defendant's Status Report was premature and incomplete. Plaintiff does not seek to delay either the proposed-findings deadline or the final-determination deadline.

Respectfully submitted,

/s/ Constance Kramer
Constance Kramer
Plaintiff, Pro Se
(314) 359-5828
connie.kramer@pm.me