**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **CONSTANCE KRAMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cv-04257-MDH** |
| | ) | |
| **DENNY HOSKINS,** ***in his official capacity as Secretary of State of Missouri*****,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Enforce Docs. 30, 34, and 36. Having considered the Motion, the Suggestions in Support (Doc. 41), Defendant's Response in Opposition (Doc. 42), and Plaintiff's Reply (Doc. 43), and being fully advised, the Motion to Enforce is hereby **DENIED**.

Defendant provided Plaintiff with a hearing on her HAVA Complaint, produced written testimony and relevant documents three days in advance of the hearing, produced witnesses for Plaintiff to question, and issued its final Determination within 90 days of the Court's March 5, 2026, Order.

Therefore, the Court finds that Defendant complied with the hearing required under HAVA §402. The Motion to Enforce is hereby **DENIED**.

The Court further finds that there is no provision in HAVA §402 that gives this Court authority to preside over an appeal of the Elections Division's Determination. Therefore, as Defendant has complied with this Court's Order and given Plaintiff a hearing under HAVA §402, this case shall be closed.

**IT IS SO ORDERED.**

Date: July 9, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**